UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                             Case No.3:07-cr-291-J-12TEM

VALENTIN SANCHEZ-MARTINEZ
a/k/a Jose Sanchez

_____

ACCEPTANCE OF GUILTY PLEA,
ADJUDICATION OF GUILT,
AND NOTICE OF SENTENCING

The Court hereby adopts the Report and Recommendation of the United States

Magistrate Judge (Doc. 11), filed November 5, 2007, to which the parties agreed to waive

the ten (10) day objection period.  The plea of guilty of the Defendant to Count One of the

Information is now ACCEPTED and the Defendant is ADJUDGED GUILTY of such

offense.

Sentencing is hereby scheduled for Wednesday, January 16, 2008, at 10:00 a.m.

before the undersigned, in Courtroom 12A, Twelfth Floor, U.S. Courthouse, 300 North

Hogan Street, Jacksonville, Florida.

Note: Defense counsel is directed to be in the courtroom 10-15 minutes prior to the

sentencing hearing in order to meet with the interpreter and the Defendant.

**DONE AND ORDERED** this ___5th___ day of December 2007.


Howell W. Melton
Senior United States District Judge


Copies to:
AUSA (Stoddard)
AFPD (Burke)
U.S. Probation
Davor Zidovec (Interpeter)
U.S. Marshal